IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DEMORRIS BIRION                                                      PETITIONER
Reg #18626-030

v.                            No. 2:22-cv-177-DPM

YATES, Warden,
Forrest City Low                                                      RESPONDENT

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 7*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Birion's petition will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2023