## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**DEMORRIS BIRION**                                    **PETITIONER**
**Reg #18626-030**

v.                               **No. 2:22-cv-177-DPM**

**YATES, Warden,**
**Forrest City Low**                              **RESPONDENT**

### JUDGMENT

Birion's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2023